## MEMORANDUM DECISIONS

**W. E. McCHAREN, County Judge, v. Charlie MITCHELL.**

No. 23772.

Supreme Court of Texas.

Nov. 23, 1938.

Dismissing cause, see 119 S.W.2d 676.

PER CURIAM.

Granted and cause dismissed as per order. It appearing to this Court that this case is now moot, it is ordered that the judgments of the two lower courts be reversed and this cause is dismissed.

**Francisco MARTINEZ v. STATE.**

No. 20245.

Court of Criminal Appeals of Texas.

Dec. 7, 1938.

Ed Gunn, of Rockdale, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful possession of marihuana, a narcotic drug; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.